# Third District Court of Appeal

## State of Florida

Opinion filed December 1, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1158
Lower Tribunal No. F14-16645

_____

**Carlos Socarras,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Carlos Socarras, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, LINDSEY and HENDON, JJ.

PER CURIAM.

Affirmed.